UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CONVENTION SERVICES LLC, a New York limited liability company, <br><br> Defendant. | CASE NO. 2:23-cv-252 <br><br> ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

      This matter comes before the court on Plaintiff Northwest Administrators, Inc.'s motion for a declaratory judgment for damages totaling $2,249.49. Dkt. No. 9. Northwest Administrators must "provide a concise explanation of how all amounts were calculated, and shall support this explanation with evidence establishing the entitlement to and amount of the principal claim." Local Rules W.D. Wash. LCR 55(b)(2)(A). For claims based on a contract, the plaintiff "shall provide the court with a copy of the contract and cite the relevant provisions." *Id.*

      In reviewing Northwest Administrators' motion, the Court identifies two issues. First, Northwest Administrators provided a collective bargaining agreement

ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 1

(CBA) that expires on May 31, 2022. Dkt. No. 10. Northwest Administrators relies on the CBA to show that National Convention Services is required to pay monthly contributions to the Western Conference of Teamsters Pension Fund, but it does not address the CBA's effective dates. Dkt. No. 5.

Second, Northwest Administrators' supporting declarations refer to an exhibit that provides amounts due and damages calculations, but this exhibit does not appear in the record. *See generally* Dkt. No. 10.

Accordingly, the Court orders Northwest Administrators to address the issues raised above and show cause why its motion should not be denied. Northwest Administrators must respond to this Order no later than 14 days from the date of this order.

Dated this 11th day of October, 2023.

Jamal N. Whitehead
United States District Judge